582

No. 131. AMERICAN SURETY CO. v. MAROTTA. October 10, 1932. Petition for writ of certiorari to the Circuit Court of ·Appeals for the First Circuit granted. *Mr. Harry LeBaron Sampson* for petitioner. *Mr. George I. Cohen* for respondent.

No. 137. AETNA LIFE INSURANCE CO. ET AL. v. MOSES. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. Charles W. Arth* and *Leonard J. Ganse* for petitioners. *Messrs. Merritt U. Hayden, H. Clay Espey,* and *James O'Donnell Moran* for respondent.

No. 141. UNITED STATES v. FACTORS & FINANCE Co. October 10, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, George H. Foster, John A. Rees,* and *Wm. H. Riley, Jr.,* for the United States. *Mr. J. Gilmer Korner, Jr.,* for respondent.

No. 147. HAWKS ET AL. v. HAMILL ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. J. Berry King* and *W. C. Lewis* for petitioners. *Messrs. Charles B. Cochran* and *Lessing Rosenthal* for respondents.

No. 163. ATLANTIC CITY ELECTRIC CO. v. COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals